JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CV 13-04794-JFW(JEMx) |
|---|---|
| Plaintiff, | **CONSENT JUDGMENT OF FORFEITURE** |
| v. | |
| $154,244.00 IN U.S. CURRENCY, | |
| Defendant. | |
| DEREK ASHBY, | |
| Claimant. | |

Pursuant to the stipulation and request of Plaintiff United States of America and claimant Derek Ashby ("Claimant"), the Court hereby enters this Consent Judgment of Forfeiture containing the terms set forth below:

On or about July 2, 2013, Plaintiff United States of America ("the United States of America") filed a Complaint for Forfeiture alleging that the defendant $154,244.00 in U.S. Currency (the "defendant currency") is subject to forfeiture pursuant to 31 U.S.C. §§ 5317(c)(2) and 5332(c)(1).

On or about November 21, 2013, Claimant filed a claim to the defendant currency and an answer to the complaint.

No other parties have appeared in this case and the time for filing claims and answers has expired.

The government and Claimant have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2. The Complaint for Forfeiture states a claim for relief pursuant to 31 U.S.C. §§ 5317(c)(2) and 5332(c)(1).

3. Notice of this action has been given as required by law. No appearances have been made in the litigation by any person other than Claimant. The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.

4. The United States of America shall have judgment as to the interests of Claimant and all other potential claimants as to $77,122.00 of the defendant currency, together with any interest earned thereon by the United States of America since seizure, which funds are hereby condemned and forfeited to the United States of

America.  The United States of America shall dispose of those funds in accordance with law.

    5.   The remaining $77,122.00 of the defendant currency, together with any interest earned thereon by the United States of America since seizure, shall be returned to Claimant.  The funds to be returned to Claimant shall be paid to Claimant by electronic transfer directly into the client trust account of the attorney of record (<u>i.e.</u>, Chandler Parker, Esq.) for Claimant in this case. Claimant (through Claimant's attorney of record, Chandler Parker, Esq.) shall provide all information and complete all documents requested by the United States of America in order for the United States of America to complete the transfer including, without limitation, providing Claimant's social security and taxpayer identification numbers (if any), and the identity of the bank, the bank's address and the account name, account number, account type and wire transfer routing number for the client trust account to which the transfer of funds is to be made.

    6.   Claimant hereby releases the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Immigration and Customs Enforcement, Customs and Border Protection, Homeland Security Investigations or the Department of Treasury and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims (including, without limitation any petitions for remission, which Claimant hereby withdraws), actions or liabilities arising out of or related to this

action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of Claimant, whether pursuant to statute or otherwise.

7. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.

8. The parties hereto shall bear their own attorney fees and costs.

9. The United States of America and Claimant consent to this judgment and waive any right to appeal.

10.

Dated: March 22, 2019

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented By:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United states Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

4